■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v WENDY HATRAS, Respondent. [837 NYS2d 582]—Appeals by the People from (1) a decision of the County Court, Suffolk County (Gazzillo, J.), dated December 8, 2005, made after a hearing, and (2) an order of the same court dated December 15, 2005, which, upon the decision, designated the defendant a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the appeal from the decision dated December 8, 2005, is dismissed, without costs or disbursements, as no appeal lies from a decision (*see Schicchi v J.A. Green Constr. Corp.*, 100 AD2d 509 [1984]); and it is further,

Ordered that the order is affirmed, without costs or disbursements.

There was clear and convincing evidence to support the County Court's order to designate the defendant a level two sex offender. The order thus will not be disturbed on appeal (*see People v Burgos*, 39 AD3d 520 [2007]; *People v Abdullah*, 31 AD3d 515, 516 [2006]; *People v Inghilleri*, 21 AD3d 404, 406 [2005]). Schmidt, J.P., Crane, Krausman and Dickerson, JJ., concur.